1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  U.S. Attorney's Office
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7

8                    UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )   Case No. 1:99-mj-2281
                                    )
12              Plaintiff,          )
                                    )
13  v.                              )   MOTION TO DISMISS
                                    )   COMPLAINT
14  RONALD GENE BLAIS,              )
                                    )
15                                  )
                Defendant.          )
16                                  )
                                    )
17

18

19      Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order

20  dismissing the criminal complaint in this case. The interests of justice, at this time, would best be served

21  by having the court dismiss the complaint and recalling the related arrest warrant for the above-named

22  defendant.

23                                          Respectfully submitted,

24                                          PHILLIP A. TALBERT
                                            United States Attorney
25

26  Dated: February 27, 2017             By: /s/ David L Gappa
                                            DAVID L. GAPPA
27                                          Assistant U.S. Attorney

28

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:99-mj-2281 |
| Plaintiff, | |
| v. | ORDER ON MOTION TO DISMISS |
| | SUPERSEDING INDICTMENT |
| RONALD GENE BLAIS, | |
| Defendant. | |

### ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the complaint in the above-captioned action against the defendant.

It is hereby ORDERED that the complaint is dismissed and the related arrest warrant is recalled.

IT IS SO ORDERED.

Dated:   February 28, 2017    _____
                              SENIOR DISTRICT JUDGE